UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHYLLIS MITCHEL, et al.,

                    Plaintiffs,

    - v -

CITY OF NEW YORK, et al.,

                    Defendants.
------------------------------------------------------------x

**MEMORANDUM OF**
**IN CAMERA REVIEW**

CV-12-5208 (FB)(VVP)

In accordance with the court's direction, the defendants have submitted for *in camera* review redacted and unredacted copies of the disciplinary histories of the three officers named as defendants here – Alexander Bobo, Pamela Benites, and Timothy Kornbluth. Having reviewed that submission, the court finds the redactions made by counsel for the defendants to be appropriate and in accord with the court's limitations concerning disclosure of matters relating to disciplinary history.

                                          *Viktor V. Pohorelsky*
                                        VIKTOR V. POHORELSKY
                                        United States Magistrate Judge

Dated:    Brooklyn, New York
             June 17, 2013