

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**PATRICK BEATH**
*Assistant Corporation Counsel*
pbeath@law.nyc.gov
Phone: (212) 356-2656
Fax: (212) 788-9776

September 3, 2013

**VIA ECF**
Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Phyllis Mitchell, et al. v. City of New York, et al.</u>,
               12-CV-5208 (FB)(VVP)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to represent defendants in the above-referenced matter. Enclosed please find a duly executed Stipulation and Order of Dismissal for Your Honor's endorsement and filing.

    I thank the Court for its time and consideration herein.

                                              Respectfully submitted,

                                              /s/

                                              Patrick Beath
                                              Assistant Corporation Counsel

Enc.

cc:    Nkereuwem Umoh, Esq. (By ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- x

PHYLLIS MITCHELL AND NYAH LASTRA,

                                                Plaintiffs,

-against-

THE CITY OF NEW YORK, OFFICER PAMELA BENITES,
OFFICER ALEXANDER BOBO, SERGEANT TIMOTHY
KORNBLUTH,

                                                Defendants.
--------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

12-CV-5208 (FB) (VVP)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

NKEREUWEM UMOH
*Attorney for Plaintiff*
25 Bond Street, 2nd Floor
Brooklyn, NY 112010

By: _____
Nkereuwem Umoh

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-176
New York, New York 10007

By: _____
Patrick Beath
*Assistant Corporation Counsel*

SO ORDERED:

Dated: New York, New York
_____, 2013

_____
HON. FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE